```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant,<br><br>Volcano Internet, aka, Volcano Communications Group located at 20000 Highway 88, Pine Grove, California  95665, for the e-mail account "jet@volcano.net" and all other e-mail accounts registered to Clint Gregory and/or Clint Gregory, dba Jak Engineering Technologies of Jackson, California, | MISC. NO.<br><br>2:09-SW-0016 GGH |

The United States hereby applies for an order sealing the Search Warrant Affidavit and related documents in this matter, as well as this Application for Sealing Order, Declaration in Support Thereof, and Order, on the grounds stated in the attached declaration.

DATED: 1/22/09, 2009

*Robin Taylor*
ROBIN R. TAYLOR
Assistant U.S. Attorney

1

<u>Declaration of Todd M. Davis</u>

I, Todd Davis, a Special Agent with the Federal Bureau of Investigation, having been duly sworn, do depose and state as follows:

1.  My qualifications are set forth in the affidavit for search warrant are hereby incorporated by reference. That warrant, among other things, sets forth my qualifications and experience, probable cause for the execution of the search, and language regarding seizure of e-mail.

2.  By this affidavit, I am requesting that the Court seal the search warrant affidavit and criminal complaints. This investigation involves a complex contract bidding fraud involving California Department of Transportation (CALTRANS) by multiple entities and targets. The sealing order is needed as the investigation is ongoing, and there may be additional evidence of fraud at other locations. Disclosure of information related to this case could lead to the destruction of evidence. Thus, I am concerned that disclosing the contents of search warrant affidavit and related documents could endanger witnesses in this case.

I therefore request that the Affidavit to the Search Warrant and related documents be sealed until the arrest of the first defendant, or by further order of the court, whichever comes first.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: 1/22, 2009

TODD M. DAVIS
FBI

1 ORDER

2   The Court hereby orders that the Affidavit to the Search Warrant
3 and related documents shall be sealed until further order of the
4 Court.

5 DATED: Jan. 22, 2009

GREGORY G. HOLLOWS
HON. GREGORY G. HOLLOWS
U.S. Magistrate Judge